JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sam Kim,<br><br>      Plaintiff,<br><br>v.<br>Thach Che Hien Khanh-Tony, Inc, et al,<br><br>      Defendant(s). | SACV 19-00907JVS(KESx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: 7/22/19

                                                  James V. Selna<br>
                                        United States District Judge